IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ARGONAUT INFLATABLE RESEARCH & ENGINEERING, INC., | ) ) ) | CASE NO. 1:06CV00171 |
| | ) | JUDGE JAMES S. GWIN |
| Plaintiff, | ) ) | |
| | ) | ORDER |
| vs. | ) ) | |
| POLYMER & STEEL TECHNOLOGIES, INC., | ) ) ) | |
| Defendant. | ) | |

Upon representation of counsel that the above-captioned case has been settled between the parties, IT IS ORDERED that the docket be marked, "settled and dismissed with prejudice."

Any subsequent order setting forth different terms and conditions relative to the settlement and dismissal of the within action shall supersede the within order.

FURTHER, the Court retains continuing jurisdiction to resolve disputes concerning the memorialization of this settlement agreement. *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

Dated: May 31, 2006                             s/ *James S. Gwin*
                                                JUDGE JAMES S. GWIN
                                                UNITED STATES DISTRICT JUDGE